UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY SANDERS,

                        Plaintiff,

v.                                                 9:19-CV-0697 (GTS/CFH)

W. TORRES, C.O. Auburn Corr. Fac.;
E. SADOWSKI, C.O. Auburn Corr. Fac.;
N. GRZESKOWIAK, C.O. Auburn Corr. Fac.; and
S. SKELLY, C.O. Auburn Corr. Fac.,

                        Defendants.
_____

APPEARANCES:                                        OF COUNSEL:

ANTHONY SANDERS, 17-A-5184
    Plaintiff, *Pro Se*
Elmira Correctional Facility
P.O. Box 500
Elmira, New York 14902

HON. LETITIA A. JAMES                      AIMEE COWAN, ESQ.
Attorney General for the State of New York      Assistant Attorney General
   Counsel for Defendants
300 South State Street
Syracuse, New York 13202

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

       Currently before the Court, in this *pro se* prisoner civil rights action filed by Anthony Sanders ("Plaintiff") against the four above-captioned employees of the New York State Department of Corrections and Community Supervision ("Defendants") pursuant to 42 U.S.C. § 1983, are (1) Defendants' motion for summary judgment, and (2) United States Magistrate Judge Christian F. Hummel's Report-Recommendation recommending that Defendants' motion be

granted in its entirety, and that Plaintiff's Complaint be dismissed in its entirety with prejudice. (Dkt. Nos. 19, 29.)   Neither party has filed an objection to the Report-Recommendation, and the deadline by which to do so has expired.   (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Hummel's thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation.[1]   Magistrate Judge Hummel employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.   As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Defendants' motion for summary judgment is granted in its entirety, and Plaintiff's Complaint is dismissed in its entirety with prejudice.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 29) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 19) is **GRANTED in its entirety**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED in its entirety with prejudice.**

The Court certifies that an appeal from this Decision and Order would not be taken in

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.   Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.   When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."   *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).

good faith.

Dated: March 2, 2021
       Syracuse, New York

Glenn T. Suddaby
Chief U.S. District Judge